SA:RTP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

IN THE MATTER OF AN APPLICATION OF
THE UNITED STATES OF AMERICA FOR AN
ORDER AUTHORIZING THE RELEASE OF
HISTORICAL CELL-SITE INFORMATION
----------------------------------X

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 05 2013 ★

BROOKLYN OFFICE

UNSEALING ORDER

09-Misc-685

  Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rena Paul, for an order unsealing the application and order in the above-captioned matter,

  WHEREFORE, it is ordered that the referenced application and order in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
    August 5, 2013

           _____
           HONORABLE JAMES ORENSTEIN
           UNITED STATES MAGISTRATE JUDGE
           EASTERN DISTRICT OF NEW YORK